UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Criminal No. 13-287 (NLH)

v.                            :

ASPEN BAKER                   :      <u>BAIL ORDER</u>

This matter having been opened to the Court upon a Petition for Warrant or Summons for Offender Under Supervision ("the Violation Petition") submitted by the United States Probation Office on September 3, 2013, upon which this Court entered the Issuance of a Summons on September 11, 2013; this case having been transferred to the District of New Jersey on April 29, 2013, subsequent to the defendant's release from a time-served sentence under the Judgment in a Criminal Case entered on December 12, 2012 by United States District Judge Mary A. McLaughlin of the U.S. District Court for the Eastern District of Pennsylvania, Case Number 11-cr-717; the instant Violation Petition alleging that the defendant committed seven violations of her conditions of supervision, including but not limited to, noncompliance with a drug treatment program, unsuccessful discharge from an inpatient drug treatment program, violation of curfew, violation of the probation officer's instructions not to post advertisements offering the defendant's services as an escort or companion, failure to report police contact to the probation officer, failure to submit monthly supervision reports, and failure to make any payments whatsoever toward the defendant's $2,377.32 restitution obligation or her $300 special assessment costs; and the defendant having appeared before the Court for an initial appearance on the Violation Petition on September 20, 2013 with counsel, Maggie Moy, Assistant Federal

Public Defender, and counsel for the United States, Paul J. Fishman (Alyson M. Oswald, Assistant United States Attorney, appearing); the Court having been advised on the record that an Amended Violation Petition is forthcoming due to the defendant's recent operation of another person's vehicle while at work, in violation of the probation officer's instructions, and at an excessively high rate of speed; the Court having scheduled a hearing on the Violation Petition on October 3, 2013; and for the reasons stated on the record,

**IT IS, therefore, on this** 2nd **day of October, 2013,**

ORDERED that, in addition to all other terms and conditions imposed by United States District Judge Mary A. McLaughlin on December 12, 2012, the defendant's terms of supervision are hereby modified as follows pending the violation hearing on October 3, 2013:

The defendant shall be placed on 24-hour home confinement with only the following exceptions: daily attendance at Narcotics Anonymous meetings and other drug treatment as approved by U.S. Probation; employment subject to the approval of U.S. Probation; attorney visits with prior notification to U.S. Probation; and any other exceptions deemed necessary and pre-approved by U.S. Probation.

IT IS FURTHER ORDERED that the defendant shall comply with the all other terms and conditions set forth in the Judgment in a Criminal Case entered by Judge McLaughlin on December 12, 2012, in case number 11-cr-717 (E.D. Pa.).

*/s/ Noel L. Hillman*
HONORABLE NOEL L. HILLMAN
United States District Judge

At Camden, New Jersey